```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
LUIS GUILLERMO SALAZAR-DIEZ,         :

                Petitioner,          :

        -v-                          :                    ORDER

UNITED STATES OF AMERICA,            :

                Respondent.          :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/09

07 Civ. 1871 (JSR)

JED S. RAKOFF, U.S.D.J.

On March 31, 2009, the Honorable Henry Pitman, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending that the Court deny petitioner Luis Guillermo Salazar-Diez's petition for a writ of habeas corpus.

In a letter dated April 6, 2009, petitioner requested an extension of time to make objections to the Report and Recommendation. Upon consideration, the Court granted an extension until May 15, 2009. Nevertheless, despite that extension, petitioner has failed to file any objection to the Report and Recommendation, and, for that reason alone, has waived any right to further appellate review. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002); Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir. 2000). Accordingly, the Court hereby adopts the Report and Recommendation, and, for the reasons stated therein, denies Salazar-Diez's habeas corpus petition. Clerk to enter judgment.

SO ORDERED.

Dated: New York, NY
       July 27, 2009

_____
JED S. RAKOFF, U.S.D.J.